JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS PADRES FORESTWATCH, et al., ) | CASE NO. CV 19-5925-PJW |
| Plaintiffs, ) | |
| ) | J U D G M E N T |
| v. ) | |
| U.S. FOREST SERVICE, et al., ) | |
| Defendants. ) | |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment,

IT IS ADJUDGED that the entire action is dismissed with prejudice.

DATED: August 20, 2020

*Patrick J. Walsh*

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

O:\PJW\ECF Ready\Judgment.wpd