# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Padres ForestWatch, et al.<br>  Plaintiffs,<br>v.<br>United States Forest Service, et al.<br>  Defendants<br>and<br>American Forest Resource Council, et al.<br>  Defendant-Intervenors. | JS-6<br><br>2:19-cv-05925-VAP-KSx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant-Intervenors' and Federal Defendants' Cross-Motions for Summary Judgment, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant-Intervenors and Federal Defendants, and the action, *Los Padres Forestwatch, et al. v. United States Forest Service, et al.*, 2:19-cv-05925-VAP-KSx, is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:    1/3/23

*Virginia A. Phillips*
Virginia A. Phillips
Senior United States District Judge